Battle, J.
 

 By the second section of the act of 1850, chap. 321, entitled “An act to amend an act passed at the session of 1848, entitled an act to incorporate the town of Asheville,”
 
 *553
 
 it is declared that it shall be competent for the commissioners of the said town, to increase the tax upon any of the subjects of taxation in the said act named, and to add to them any other property, or thing, that they may deem proper, in order to raise sufficient revenue for the purposes of the said town.” Among the subjects of taxation, specified in the above recited act of 1848, ch. 236, sec. 4, are groceries, upon which, therefore, the commissioners of Asheville, are expressly authorised to increase the tax to any extent they may think necessary for raising sufficient revenue for the purposes of the town. If, then, the Legislature had power to confer upon the commissioners of the town the authority to levy a tax upon the property of its citizens at all, it was conferred upon them in the present case, and of the amount to be raised from each subject of taxation, they were the sole judges. That the Legislature can confer such authority upon the commissioners of a town, has long been conceded by universal acquiescence in its practical exercise. See
 
 Taylor v. Commissioners of Newbern, 2
 
 Jones’ Eq. 141.
 

 The authority thus conferred by the act of 1850, is not taken away or abridged by the 111th chapter of the Revised Code, as the provisions of that chapter are, by the 23rd section, applied only to such incorporated towns, “ when the same shall not be inconsisent with the provisions of special acts of incorporation, or special laws in respect thereto.” The judgment for the defendant, upon the case agreed, was proper, and must be affirmed.
 

 Per OuRiah, Judgment affirmed.